# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.

Plaintiff(s),

CASE NO. 10-05000 SBA

v.

LUCAS DEMOLITION, INC.

Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

   **Court Processes:**
   ☐  Non-binding Arbitration (ADR L.R. 4)
   ☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   ☑  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

   **Private Process:**
   ☐  Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:
   ☑  the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

   ☐  other requested deadline

Dated: Jan. 26, 2011

/s/ Exekiel D. Carder
Attorney for Plaintiff

Dated: Jan. 26, 2011

/s/ Karen Jennings
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 2/7/11

*Sandra B. Armstrong*

UNITED STATES DISTRICT        JUDGE