BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
YURI Y. GOTTESMAN, Bar No. 264924
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUCAS DEMOLITION, INC., a California Corporation,<br><br>        Defendant. | No.   CV 10-5000 SBA<br><br>**STIPULATION FOR ENTRY OF JUDGMENT;  ORDER** |

The Parties hereto hereby stipulate and agree as follows:

1. Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"), have brought the above-captioned action against Lucas Demolition, Inc., a California Corporation

(hereinafter referred to as "Defendant"). Plaintiffs, in this action, sought payment of unpaid fringe benefit contributions, liquidated damages, interest found to be due and owing as a result of an audit of Defendant's books and records for the period January 2007 to December 2008. Plaintiffs are also seeking all attorneys' fees, audit costs and other reasonable expenses incurred in connection with this action. The Parties are desirous of settling this action and as such, the parties hereby stipulate and agree to settle this action under the following terms:

    2. Defendant agrees to have judgment entered against it as follows:

    a. Defendant agrees to pay the total sum of $192,000.00. Said amount shall be paid in forty-eight (48) equal monthly installments of $4,000.00. The first installment payment shall be due on or before August 15, 2011, and all subsequent payments shall be due on or before the 15th day of the month in which it is due. By way of example, the second installment payment is due on or before September 15, 2011;

    b. Defendant shall remit the payments as described in Paragraph 2a above, and made payable to the LABORERS TRUST FUNDS, directly to the Trust Fund office at:

> Laborers Funds Administrative Office of Northern California, Inc.
> 220 Campus Lane
> Fairfield, CA 94534-1498
> Attn: John Hagan

    c. Defendant agrees to submit to an audit by auditors selected by the Trust Funds at the premises of Defendant during business hours, or where the records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports of Defendant, relating to the time period beginning January 1, 2009 to date, that are relevant to the enforcement of the collective bargaining agreement or Trust Agreements, including but not limited to the following:

> Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941); check register and supporting cash voucher; Form 1120- 1040 or partnership tax returns; general ledger – (portion relating to payroll audit); and

    3. The parties hereto further stipulate and agree that nothing herein prevents the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

Stipulation for Entry of Judgment; [Proposed] Order
Case No. 10-5000 SBA
121387/621227

Plaintiffs from seeking additional amounts from Defendant if a later audit of Defendant's books and records, including the audit set forth in Paragraph 2, shows that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing.

4. Additionally, so long as the Defendant remains bound to the Laborers Master Agreement, it will comply with its obligations to submit all fringe benefit contributions to the Trust Funds in a timely manner.

5. If Defendant defaults in making said any of the installment payments, as provided herein, interest, as provided for in the Laborers Master Agreement, shall be added to the full amount due of $192,000.00 from the date of default to the date payment is received.  In addition, the Laborers Trust Funds will be entitled to reasonable attorneys' fees and costs incurred in enforcing this Stipulation for Entry of Judgment.

6. In consideration of the above, the Trust Funds agree to release Lucas Demolition for all claims through and including December 31, 2008.  However, said release shall not apply to any withdrawal liability claim under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), which the Trust Funds may have against Lucas Demolition, Inc.

7. Defendant further stipulates and agrees that if LUCAS DEMOLITION, INC. is sold, this Agreement shall be binding on its successors, heirs, and assigns regardless of whether it changes the name or style or address of the business.

8. The provisions set forth in this Stipulation for Entry of Judgment are not in violation of any state or federal law.  However, if any portion of said stipulation is found to be in violation of any state or federal law, then Defendant shall continue to pay the indebtedness outlined herein under Paragraph 2.

9. Plaintiffs and Defendant acknowledge to each other that they have had an opportunity to be represented by independent legal counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  Plaintiffs and Defendant further acknowledge that they have had adequate opportunity to perform whatever

- 3 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation for Entry of Judgment; [Proposed] Order
Case No. 10-5000 SBA
121387/621227

1  investigation or inquiry they may deem necessary in connection with the subject matter of this

2  Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and acceptance

3  of the considerations specified in this Stipulation for Entry of Judgment.

4      10. This Stipulation may be executed in counterpart.

5      11. The parties hereto mutually state that they have read the foregoing Stipulation for Entry

6  of Judgment and are fully aware of its contents and legal facts.  This stipulation for entry of

7  Judgment constitutes the entire agreement of the parties and is entered into on the dates below

8  indicated.

Dated: September __, 2011

        LUCAS DEMOLITION, INC., A California Corporation

By: _____
    Flaviano Perez

Dated: September __, 2011

        LABORERS TRUST FUNDS

By: _____
    JOHN HAGAN
    Accounts Receivable Manager for Plaintiffs

**AGREED AS TO FORM:**

Dated: September __, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By: _____
    EZEKIEL D. CARDER
    Attorneys for Plaintiffs

Dated: September __, 2011

- 4 -

Stipulation for Entry of Judgment; [Proposed] Order
Case No. 10-5000 SBA
121387/621227

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

1  LAW OFFICES OF PETER M. STANWYCK

2

3  By: _____
     KAREN JENNINGS EVANS
     Attorneys for Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -
Stipulation for Entry of Judgment; [Proposed] Order
Case No. 10-5000 SBA
121387/621227

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

## ORDER

It is so ordered that Judgment is entered against Defendant Lucas Demolition, Inc., a California Corporation, as set forth in the Stipulation for Entry of Judgment.

Dated: __9/13/11

_____
The Honorable Saundra Brown Armstrong,
United States District Court Judge

121387/621227

- 6 -

Stipulation for Entry of Judgment; [Proposed] Order
Case No. 10-5000 SBA
121387/621227

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001