EJ-130

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number and address):
Ezekiel D. Carder, CSB #206537
Weinberg, Roger & Rosenfeld
1001 Marina Village Prkwy, Ste. 200
Alameda, California 94501-1091

TELEPHONE NO.: 510-337-1001    FAX NO. (Optional): 510-337-1023
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ USDC Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: The Board of Trustees, et al.

DEFENDANT: Lucas Demolition, Inc.

**FOR COURT USE ONLY**

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property
                   [ ] Real Property
[ ] SALE

CASE NUMBER:
CV 10 5000 SBA

COPY
FAXED

1. **To the Sheriff or Marshal of the County of:** Alameda
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. **(Name):** The Board of Trustees in their capacities as Trustees of the Laborers Health and Welfare, Vacation-Holiday, Pension, and Training and Retraining Trust Funds for Northern California
   is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** (name and last known address):

   Lucas Demolition, Inc.
   2867 Bay Court
   Tracy, CA 95377

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on (date): 9/14/2011
6. [ ] **Judgment renewed** on (dates):
7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.
   [SEAL]

9.  [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ........................ $  192,000.00
12. Costs after judgment (per filed order or
    memo CCP 685.090) ............... $       139.00
13. Subtotal (add 11 and 12) ............. $  192,139.00
14. Credits ............................ $
15. Subtotal (subtract 14 from 13) ........ $  192,139.00
16. Interest after judgment (per filed affidavit
    CCP 685.050) (not on GC 6103.5 fees) ... $      154.65
17. Fee for issuance of writ ............... $
18. Total (add 15, 16, and 17) ............. $  192,293.65
19. Levying officer:
    (a) Add daily interest from date of writ
        (at the legal rate on 15) (not on
        GC 6103.5 fees) of  0.63 ....... $
    (b) Pay directly to court costs included in
        11 and 17 (GC 6103.5, 68511.3; CCP
        699.520(i)) ..................... $
20. [ ] The amounts called for in items 11–19 are different for each debtor.
        These amounts are stated for each debtor on Attachment 20.

Issued on (date): MAY 17 2012    Clerk, by  JESSIE MOSLEY , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2
Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010
Government Code, § 6013.5

|  |  | MC-012 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>Ezekiel D. Carder<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Prkwy, Ste. 200<br>Alameda, California 94501-1091<br>TELEPHONE NO.: 510-337-1001   FAX NO.: 510-337-1023<br>ATTORNEY FOR (Name): Plaintiffs | | **FOR COURT USE ONLY** |
| NAME OF COURT: USDC Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | | |
| PLAINTIFF: The Board of Trustees, et al.<br>DEFENDANT: Lucas Demolition, Inc. | | |
| **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | CASE NUMBER:<br>CV 10 5000 SBA | |

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ 0.00 |
| b | Recording and indexing abstract of judgment (San Francisco and San Joaquin) | 12/2/2011 | $ 64.00 |
| c | Filing notice of judgment lien on personal property | 11/22/2011 | $ 20.00 |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ 0.00 |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | 5/16/2012 | $ 55.00 |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ 0.00 |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ 0.00 |
| h | Other:                                       (Statute authorizing cost): | | $ 0.00 |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ 139.00 |

2. All previously allowed postjudgment costs: .............................................. $ 0.00

3. Total of all postjudgment costs (add items 1 and 2): ........................... **TOTAL** $ 139.00

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ 0.00

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $154.65

6. I am the   ☐ judgment creditor   ☐ agent for the judgment creditor   ☒ attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 16, 2012

Ezekiel D. Carder
(TYPE OR PRINT NAME)                                            ▶ (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-012 [Rev. January 1, 2011] | **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST** | Legal Solutions Plus | Code of Civil Procedure<br>§ 685.070

MC-012

| SHORT TITLE: The Board of Trustees, et al. v. Lucas Demolition, Inc. | CASE NUMBER: CV 10 5000 SBA |
|---|---|

## PROOF OF SERVICE
[X] Mail    [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify)*:

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

   a. [X] **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [X] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: Lucas Demolition, Inc., c/o Peter M. Stanwyck and Karen Jennings
         (b) Address on envelope: Law Offices of Peter M. Stanwyck
             409 13th Street, 19th Floor
             Oakland, California 94612
         (c) Date of mailing: May 16, 2012
         (d) Place of mailing *(city and state)*: Alameda, California

   b. [ ] **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 16, 2012

Teresa Oviedo
(TYPE OR PRINT NAME)                                     ▶ _____
                                                          (SIGNATURE OF DECLARANT)